Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONWAY,<br><br>   Plaintiff,<br><br>v.<br><br>CASTLIGHT HEALTH, INC., BRYAN ROBERTS, ED PARK, DAVID B. SINGER, MICHAEL EBERHARD, DAVID EBERSMAN, KENNY VAN ZANT, SETH COHEN, JUDITH K. VERHAVE, and MAEVE O'MEARA,<br><br>   Defendants. | Case No: 1:22-cv-00489-PKC-PK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Conway hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: March 24, 2022

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on March 24, 2022, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: March 24, 2022                                        /s/ Daniel Sadeh
                                                                                Daniel Sadeh